

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00087-CV

**POST OAK CLEAN GREEN, INC.,** and
Texas Commission on Environmental Quality,
Appellants

v.

**GUADALUPE COUNTY GROUNDWATER CONSERVATION DISTRICT,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1245-CV-C
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying appellants' pleas to the jurisdiction is REVERSED, and judgment is RENDERED dismissing the appellee's lawsuit.

It is ORDERED that each party shall bear their own costs of appeal.

The motion for rehearing filed by Appellee Guadalupe County Groundwater Conservation District is DENIED.

SIGNED October 12, 2022.

_____
Liza A. Rodriguez, Justice